**FOR PUBLICATION**

```
         IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
              DIVISION OF ST. THOMAS AND ST. JOHN
```

|  |  |
|---|---|
| **PEOPLE OF THE VIRGIN ISLANDS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**WILLIAM G. CLARKE,** )<br>)<br>Defendant. )<br>_____ ) | Criminal No. 2009-09<br>re: Super. Ct. Crim. No. F20/09 |

**ATTORNEYS:**

**Brenda Scales, Esq.**
St. Thomas, U.S.V.I.
　　*For the plaintiff,*

**Kerry E. Drue, Esq.**
St. Thomas, U.S.V.I.
　　*For the defendant.*

<u>ORDER</u>

**GÓMEZ, C.J.**

Before the Court is the motion of the People of the Virgin Islands (the "Government") to remand the above-captioned matter to the Superior Court of the Virgin Islands, Division of St. Thomas and St. John (the "Superior Court"). For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the motion is **GRANTED;** it is further

*People of the V.I. v. Clarke*
Criminal No. 2009-09
Order
Page 2

    **ORDERED** that this matter shall be **REMANDED** to the Superior Court; it is further

    **ORDERED** that all pending motions in this matter are **DENIED;** and it is further

    **ORDERED** that the Clerk of the Court shall **CLOSE** this matter.

    S_____
       **CURTIS V. GÓMEZ**
        **Chief Judge**