**FOR PUBLICATION**

```
        IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
            DIVISION OF ST. THOMAS AND ST. JOHN
```

|  |  |
|---|---|
| **PEOPLE OF THE VIRGIN ISLANDS,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **Criminal No. 2009-09** |
| **WILLIAM G. CLARKE,** | ) re: Super. Ct. Crim. No. F20/09 ) ) |
| Defendant. | ) ) ) |

**ATTORNEYS:**

**Renee Gumbs, Esq.**
St. Thomas, U.S.V.I.
   *For the plaintiff,*

**Kerry E. Drue, Esq.**
St. Thomas, U.S.V.I.
   *For the defendant.*

<u>**ORDER**</u>

**GÓMEZ, C.J.**

Before the Court is the motion of William G. Clarke ("Clarke") for reconsideration of this Court's June 25, 2009, Order granting the motion of the People of the Virgin Islands (the "Government") to remand the above-captioned matter to the Superior Court of the Virgin Islands, Division of St. Thomas and

St. John (the "Superior Court").  For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the motion is **DENIED.**

                                    **S\_____**
                                       **Curtis V. Gómez**
                                         **Chief Judge**