**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

PEOPLE OF THE VIRGIN ISLANDS,    )
    )
            Plaintiff,    )
    )    Case No. 3:09-CR-0009
       v.    )
    )
WILLIAM G. CLARK,    )
    )
           Defendant.    )
_____)

**NOTICE OF APPEAL**

Notice is hereby given that Special Agent William G. Clark, defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the August 26, 2009 Order denying Defendant's Motion for Reconsideration of the Court's June 25, 2009 Memorandum Opinion and Order and from the underlying order remanding this action to the Superior Court of the Virgin Islands which was entered in this case on June 25, 2009.

                Respectfully submitted,

**Date:** <u>August 31, 2009</u>        ***By***:  <u>/s/   Kerry E. Drue</u>
                                 Kerry E. Drue, Esq.
                           LAW OFFICES OF KERRY E. DRUE
                           P.O. Box 9566
                           St. Thomas, U.S.V.I. 00801-2566

                           Tel.: (340) 777-(DRUE) 3783
                           Fax: (340) 777-3883

                           Email: Kdruelawfirm@earthlink.com

   /s/  Robert A. Salerno         __
Adam S. Hoffinger (admitted *pro hac vice*)
Robert A. Salerno (admitted *pro hac vice*)
Dimitra Doufekias
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1888
Tel.: (202) 887-1500
Fax: (202) 887-0763
Email: AHoffinger@mofo.com
          RSalerno@mofo.com
          DDoufekias@mofo.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Notice Of Appeal** with the Clerk of the Court using the CM/ECF system and that a true and correct copy thereof was served electronically via the Court's CM/ECF system on this  **31st**  day of  August, 2009, which will send a NEF to Assistant Attorney General Renee Gumbs-Carty at the V. I. Department of Justice's Attorney General's Office located at 34-38 Kronprindsens Gade, GERS Bldg., 2nd Floor, St. Thomas, Virgin Islands 00804.

*By*:  /s/   Kerry E. Drue ____